**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAMES F. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-3101 (UNA) |
| | ) | |
| MURIEL BOWSER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

It appears that Plaintiff is the recipient of multiple photo enforcement tickets because a motor vehicle registered in his name was detected speeding and committing other traffic infractions. *See generally* Compl. (ECF No. 1), Ex. (ECF No. 1-1 at 4, 9, 22-23, 26) (page numbers designated by CM/ECF). It further appears that Plaintiff unsuccessfully contested certain tickets. *See, e.g., id.*, Ex. (ECF No. 1-1 at 9-11, 25). Plaintiff estimates that his fines and penalties total approximately $8,000. *See id.* at 4. In this action, Plaintiff demands a hearing, *see id.*, and a declaratory judgment, *see, e.g., id.* at 1, 2, deeming the tickets invalid and dismissing them, *see id.* at 4. Plaintiff has chosen the wrong forum for adjudication of his claims.

A Hearing Examiner conducts a hearing for the adjudication of traffic infractions. *See* D.C. Code §§ 50-2302.06 (moving infractions), 50-2303.06 (parking, standing, stopping infractions); 18 D.C. Mun. Regs. §§ 1004, 1007, 1041. If the vehicle operator is found liable, he or she may request reconsideration, *see* D.C. Code § 50-2303.11(a), and if reconsideration is denied, he or she may appeal the Hearing Examiner's decision to the Traffic Adjudication Appeals Board ("TAAB") of the District of Columbia Department of Public Works, *see* D.C.

1

Code § 50-2304.02(a); 18 D.C. Mun. Regs. §§ 1042.2, 1044. An appeal of the TAAB's decision goes before the Superior Court of the District of Columbia. *See* D.C. Code § 50-2304.05.

The Court GRANTS Plaintiff's application to proceed *in forma pauperis* (ECF No. 2), DISMISSES the complaint without prejudice, and DENIES Plaintiff's motion for appointment of counsel (ECF No. 3) without prejudice as moot. An Order is issued separately.

DATE: November 21, 2024

ANA C. REYES
United States District Judge